# Exhibit A

| | |
|---|---|
| **From:** | Steinthal, Kenneth |
| **To:** | rgarbarini@garbarinilaw.com |
| **Cc:** | Mattern, David |
| **Subject:** | RE: Yesh Music, LLC v. Jabbar, et al lawsuit |
| **Date:** | Tuesday, August 11, 2020 10:46:45 PM |

Is it your intent to continue to ignore phone messages and emails, sir? Please provide the smallest of professional courtesy and respond as soon as possible…Ken

---

### Kenneth L. Steinthal

T: +1 415 318 1211  | M: +1 917 825 7293  |  E: ksteinthal@kslaw.com

**BIO**  |  **vCARD**

King & Spalding LLP
101 Second Street
Suite 1000
San Francisco, CA 94105

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071

---

**From:** Steinthal, Kenneth
**Sent:** Tuesday, August 11, 2020 2:24 PM
**To:** 'rgarbarini@garbarinilaw.com' <rgarbarini@garbarinilaw.com>
**Cc:** Mattern, David <dmattern@kslaw.com>
**Subject:** RE: Yesh Music, LLC v. Jabbar, et al lawsuit

Just following up regarding my request of yesterday, Mr. Garbarini.  May I have the courtesy of a response?

Thanks.  Ken

---

### Kenneth L. Steinthal

T: +1 415 318 1211  | M: +1 917 825 7293  |  E: ksteinthal@kslaw.com

**BIO**  |  **vCARD**

King & Spalding LLP
101 Second Street
Suite 1000
San Francisco, CA 94105

King & Spalding LLP

633 West Fifth Street
Suite 1600
Los Angeles, CA 90071

---

**From:** Steinthal, Kenneth
**Sent:** Monday, August 10, 2020 6:03 PM
**To:** rgarbarini@garbarinilaw.com
**Cc:** Mattern, David <dmattern@kslaw.com>
**Subject:** Yesh Music, LLC v. Jabbar, et al lawsuit

Dear Mr. Garbarini: We have just been retained by the defendants in the above-captioned action.  I left you a voicemail today requesting an extension of time to respond to the Complaint -- which is especially necessary given the fact that I am currently engaged in a multi-week virtual trial before the Copyright Royalty Board.  One of the documents with which I've been provided is the Waiver of Service form attached.  We are prepared to execute such a form for each defendant (while reserving all rights, of course), or to enter into a simple Stipulation, as a mechanism to achieve an initial adjournment until sixty days after July 15 (as is provided in the Waiver of Service form).  Is that acceptable on your end?  I'd appreciate a response as soon as possible.

Regards, Ken

---

### Kenneth L. Steinthal

T: +1 415 318 1211  | M: +1 917 825 7293 | E: ksteinthal@kslaw.com

**BIO**  |  **vCARD**

King & Spalding LLP
101 Second Street
Suite 1000
San Francisco, CA 94105


King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071